Russell M. GRIMES, Defendant
Below–Appellant

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 610, 2015

Supreme Court of Delaware.

Submitted: November 20, 2015
Decided: December 31, 2015
Corrected: January 29, 2016

AFFIRMED.

■

Michael L. CHURCH, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 463, 2015

Supreme Court of Delaware.

Submitted: October 26, 2015
Decided: January 4, 2016
Rehearing En Banc Denied
January 28, 2016

AFFIRMED.

■

Rakeem MILLS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 715, 2014

Supreme Court of Delaware.

Submitted: December 9, 2015
Decided: January 8, 2016
Corrected: January 19, 2016

AFFIRMED.